S:\FILES\5470_AGRI EXPORT\LEGAL+DISCOVERY\5470_RULE 7.1.DOC



KENNEDY LILLIS SCHMIDT & ENGLISH
John T. Lillis, Jr., Esq.
Nathan T. Williams, Esq.
75 Maiden Lane, Suite 402
New York, New York 10038
Telephone:  (212) 430-0800
Telecopier: (212) 430-0810
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN HOME ASSURANCE COMPANY,  )
                                                 )    10 Civ.    (    )
            Plaintiff,       )

    - v. -                  )

M/V WILLEMSTADT, its engines,  )   RULE 7.1 STATEMENT
tackle, etc., in rem,          )

    - and -

MEDITERRANEAN SHIPPING COMPANY S.A., )
in persona,                    )
            Defendants.

---

Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned attorney of record for the plaintiff, American Home Assurance Company, certifies that the following are any parent corporation and any publicly held corporation that owns 10% or more of such party's stock:

        AMERICAN INTERNATIONAL GROUP, INC.

Dated:  New York, New York          KENNEDY LILLIS SCHMIDT & ENGLISH
        December 1, 2010            Attorneys for Plaintiffs
                                AMERICAN HOME ASSURANCE COMPANY

                                By: _____
                                Nathan T. Williams, Esq.
                                75 Maiden Lane, Suite 402
                                New York, New York 10038
                                Telephone (212) 430-0800